```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

ANDREW WITTLER,

       Plaintiff,

v.                                    CASE NO:   8:10-cv-2462-T-33MAP

DURATEK PRECAST
TECHNOLOGIES, INC.,

       Defendant.
_____/

### ORDER

This cause comes before the Court pursuant to Defendant's Notice of Case Under Chapter 11 of United States Bankruptcy Code and Notice of Automatic Stay (Doc. # 4), which states that Defendant filed bankruptcy under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Florida on September 23, 2010.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Pursuant to the provisions of 11 U.S.C. §362, this case is automatically **STAYED**.

(2) All pending motions are **DENIED AS MOOT** with leave to re-file as necessary upon the case being reinstated to active status.

(3) The Clerk is directed to administratively **CLOSE** this

case.

(4) Plaintiff may reinstate this case to active status, upon proper motion at the conclusion of the bankruptcy proceedings, should this suit not be resolved by those proceedings. If this suit is resolved by the bankruptcy proceedings, Plaintiff shall promptly move for dismissal of this case.

(5) Defendant is directed to file and serve, on or before June 1, 2011, and every three months thereafter, a status report regarding the Defendant's bankruptcy proceedings.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 22nd day of November, 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record

2